UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI


FILED
NOV 28 2005
J.T. NOBLIN, CLERK
BY _____ DEPUTY

| | |
|---|---|
| **BILLY J. BRASWELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:03-567** |
| **RALPH DAY, ET AL.** | **JUDGE KURT ENGELHARDT**<br>**SECTION "N" (3)**<br>**EASTERN DISTRICT OF LOUISIANA** |

### AGREED ORDER OF DISMISSAL AND FINAL JUDGMENT

By agreement of the parties, this case, all claims and all parties are dismissed with prejudice.

IT IS, THEREFORE, the judgment of this Court that this cause should be dismissed with prejudice as to all issues, with each party to bear their own costs.

SO ORDERED AND ADJUDGED this the 18th day of November, 2005.

_____
U.S. District Judge

AGREED:

_____
Dale Danks, Jr., Attorney for
Defendant

_____
Billy J. Braswell, Pro Se
Plaintiff

Submitted by:
Dale Dank, Jr., Esq. MSB# 5789
**Danks, Dye, Mills & Pittman**
800 Avery Blvd., North, Ste. 101
Post Office Box 2787
Ridgeland, Mississippi 39158
Telephone: (601) 957-2600
Facsimile (601) 957-7440